STAY

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-12224-JLT
### Internal Use Only

06-CV-988(DGT)(RML)

Audette v. Hiebei Welcome Pharmaceutical Co., LTD et al
Assigned to: Judge Joseph L. Tauro
Case in other court: Bristol County Superior Court, BRCV2005-00182-C
Cause: 28:1441 Notice of Removal

Date Filed: 11/07/2005
Jury Demand: None
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

### Plaintiff

**Dennis Audette**
*on behalf of himself and all others similarly situated*

represented by **William M. Straus**
115 Orchard Street
New Bedford, MA 02740
508-992-1270
Fax: 508-997-4575
Email: rep.straus@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Hiebei Welcome Pharmaceutical Co., LTD**

### Defendant

**Jiangsu Jiangshan Pharmaceutical Co., LTD**

### Defendant

**Northeast Pharmaceutical Group Co., LTD**

represented by **Annapoorni R. Sankaran**
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110
617-310-6000
Fax: 617-310-6001
Email: sankarana@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby certify that the foregoing document is a true and correct copy of the
☒ electronic docket in the captioned case
☐ electronically filed original filed
☐ original filed in my office on
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Kimberly
Deputy Clerk

        **Gary R. Greenberg**
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA 02110
617-310-6013
Fax: 617-310-6001
Email: greenbergg@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Weisheng Pharmaceutical Co., LTD**

**Defendant**

**Shijiazhuang Pharmaceutical (USA) Co., LTD**

**Defendant**

**China Pharmaceutical Group, LTD**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2005 | 1 | NOTICE OF REMOVAL by Northeast Pharmaceutical Group Co., LTD from Bristol County Superior Court, case number BRCV2005-00182-C. $ 250, receipt number 68042, filed by Northeast Pharmaceutical Group Co., LTD. (Attachments: # 1 Exhibit A# 2 Exhibit A Continued# 3 Exhibit B# 4 Civil Cover Sheet)(Abaid, Kim) (Entered: 11/08/2005) |
| 11/07/2005 |   | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin. (Abaid, Kim) (Entered: 11/08/2005) |
| 11/07/2005 | 2 | CORPORATE DISCLOSURE STATEMENT by Northeast Pharmaceutical Group Co., LTD. (Abaid, Kim) (Entered: 11/08/2005) |
| 11/07/2005 | 7 | NOTICE of Filing with the Judicial Panel on Multidistrict Litigation by Northeast Pharmaceutical Group Co., LTD (Attachments: # 1 Motion to Transfer and Consolidate# 2 Schedule of Actions# 3 Memorandum in Support of Motion to Transfer# 4 Notice of Appearance# 5 Proof of Service)(Abaid, Kim) (Entered: 11/09/2005) |
| 11/08/2005 | 3 | MOTION to Stay by Northeast Pharmaceutical Group Co., LTD.(Abaid, Kim) (Entered: 11/08/2005) |
| 11/08/2005 | 4 | MEMORANDUM in Support re 3 MOTION to Stay Proceedings filed by Northeast Pharmaceutical Group Co., LTD. (Abaid, Kim) (Entered: 11/08/2005) |

| | | |
|---|---|---|
| 11/08/2005 | 5 | DECLARATION of Annapoorni R. Sankaran by Northeast Pharmaceutical Group Co., LTD. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6)(Abaid, Kim) (Entered: 11/08/2005) |
| 11/08/2005 | 6 | DECLARATION of Kenneth A. Lapatine by Northeast Pharmaceutical Group Co., LTD. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K)(Abaid, Kim) (Entered: 11/08/2005) |
| 11/09/2005 | | Judge Joseph L. Tauro : ElectronicORDER entered granting 3 Motion to Stay (Abaid, Kim) (Entered: 11/09/2005) |
| 11/11/2005 | 8 | MOTION for Leave to File *Amended Schedule Of Actions and For Relief From Stay For Limited Purpose* by Northeast Pharmaceutical Group Co., LTD.(Sankaran, Annapoorni) (Entered: 11/11/2005) |
| 11/15/2005 | 9 | Letter from Judicial Panel on Multidistrict Litigation. (Abaid, Kim) (Entered: 11/17/2005) |
| 02/07/2006 | 10 | STATE COURT Record. (Attachments: # 1 State Record Part 2# 2 State Record Part 3# 3 State Record Part 4)(Abaid, Kim) (Entered: 02/07/2006) |